UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **SHARI YETTO and PAUL YETTO,** | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| **CITY OF JACKSON, TENNESSEE, ET AL.,** | CASE NO: 17-1205-STA-jay |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Entry of Judgment entered on July 9, 2019, the Court finds in favor of Plaintiffs on their request for a declaratory judgment and finds that the issuance of a permanent injunction is warranted. The Court finds in favor of Defendants on Plaintiff's claims brought under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc--2000cc-5, and on Plaintiffs claims brought under 28 U.S.C.§ 1983.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/9/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk